# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*March 31, 2005*

[Cite as *03/31/2005 Case Announcements,* 2005-Ohio-1472.]

## MOTION AND PROCEDURAL RULINGS

**2004–1475.   Bd. of Edn. of the Berea City School Dist. v. Cuyahoga Cty. Bd. of Revision.**
Board of Tax Appeals, Nos. 2002–T–2651, 2002–T–2652, and 2002–T–2784. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of the parties' joint motion to remand this cause to the Board of Tax Appeals,

IT IS ORDERED by the court that the joint motion to remand be, and hereby is, granted.

**2004–1739.   Sidenstricker v. Miller Pavement Maintenance, Inc.**
Franklin App. No. 03AP–827, 2004-Ohio-4653. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County.

IT IS ORDERED by the court, sua sponte, that the stay of briefing is dissolved, and this cause is no longer held for the decision in 2004–1169, Jones v. Goodyear Tire & Rubber Company, Summit App. No. 21724, 2004-Ohio-2821.

IT IS FURTHER ORDERED by the court that the Clerk shall issue an order of the transmittal of the record from the Court of Appeals for Franklin County and that briefing shall proceed in accordance with S.Ct.Prac.R. VI.

## MISCELLANEOUS DISMISSALS

**2004–1774.   State ex rel. Bowes v. Vindicator Printing Co.**
Franklin App. No. 03AP–1248, 2004-Ohio-5155. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of the joint application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.